**FIFTH DIVISION
MCFADDEN, C. J.,
GOBEIL and COOMER, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**July 24, 2019**

# In the Court of Appeals of Georgia

A17A1195. STATE OF GEORGIA et al. v. INTERNATIONAL McF-049
    INDEMNITY COMPANY et al.

A17A1196. REGULATORY TECHNOLOGIES, INC. v. STATE McF-050
    OF GEORGIA.

MCFADDEN, Chief Judge.

The decision of this court in *State of Ga. v. International Indemnity Company*, 343 Ga. App. 647 (809 SE2d 64) (2017) has been affirmed in part and reversed in part by the Supreme Court of Georgia in *State of Ga. v. International Indemnity Company*, 305 Ga. 126 (823 SE2d 806) (2019). Accordingly, the parts of our decision that have been reversed are hereby vacated, the judgment of the Supreme Court is made the judgment of this court, and the case is remanded to the trial court for further proceedings consistent with the Supreme Court's judgment.

*Judgment affirmed in part, reversed in part, and case remanded. Gobeil and Coomer, JJ., concur.*